In the Matter of the Application for the Revocation of Probate of the Last Will and Testament of MICHAEL McMAHON, Deceased.

(Argued March 4, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1889, which affirmed a decree of the surrogate of Kings county, dismissing the petition of contestant to set aside the probate, and ratifying and affirming the probate of the will above mentioned.

*Matthew Hale* and *William D. Veeder* for appellant.

*William E. Osborn* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____